IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 1:10-cv-00192-GCM-DLH

```
NATIONWIDE TRUSTEE SERVICES, INC.)
AS TRUSTEE/SUBSTITUTE TRUSTEE,  )
                                )
     Plaintiff,                 )
vs.                             )    CLERK'S ENTRY OF DEFAULT
                                )    AGAINST DEFENDANTS
BRUCE M. LOWENTHAL,             )    BRUCE M. LOWENTHAL,
AMY L. LOWENTHAL,               )    AMY L. LOWENTHAL AND
BANK OF AMERICA, N.A.,          )    BANK OF AMERICA, N.A.

AVERY COUNTY, NORTH CAROLINA and)
MORGANTON AUTO LEASING, L.L.C., )    [Fed. R. Civ. P. 55]

                                )
     Defendants.                )
```

This matter being before the undersigned Clerk/Deputy Clerk of the United States District Court for the Western District of North Carolina, upon Plaintiff's Motion for Entry of Default [Doc 17], it appearing to the Clerk that Defendants Bruce M. Lowenthal and Amy L. Lowenthal were served on 9/18/10, [Doc 9, 10] and Defendant Bank of America, N.A. was served on 9/14/10, [Doc 7], but did not answer or respond to the Complaint per Fed R. Civ. P. 12 and are default, it appearing the Motion should be granted, it is ORDERED and ADJUDGED per Fed. R. Civ. P. 55, that default is entered against Defendants Bruce M. Lowenthal, Amy L. Lowenthal and Bank of America, N.A.

Signed: October 15, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court