# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 192

| | |
|---|---|
| NATIONWIDE TRUSTEE SERVICES, INC. as Substitute Trustee, | ) ) ) |
| Plaintiff | ) ) |
| V | )     **ORDER** ) |
| BRUCE M. LOWENTHAL, et al, | ) ) |
| Defendants | ) |

**THIS MATTER** is before the court on Andrew R. Bickwit's Application for Admission to Practice *Pro Hac Vice* of Paul G. Wersant. It appearing that Paul G. Wersant is a member in good standing with the Georgia Bar and will be appearing with Andrew R. Bickwit, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Andrew R. Bickwit's Application for Admission to Practice *Pro Hac Vice* (#19) of Paul G. Wersant is **GRANTED**, and that Paul G. Wersant is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Andrew R. Bickwit.

Signed: November 15, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge