IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv192

| NATIONWIDE TRUSTEE SERVICES, INC., as Trustee/Substitute Trustee, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| BRUCE M. LOWENTHAL; AMY L. LOWENTHAL; BANK OR AMERICA, N.A.; AVERY COUNTY, NORTH CAROLINA; and MORGANTON AUTO LEASING, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on review of the pending Motion to Dismiss. After careful review of all the pleadings, the undersigned has discovered an attorney conflict which requires recusal. The court apologizes for the delay and will instruct the Clerk of this Court to assign another magistrate judge as soon as possible.

### ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned, respectfully, **RECUSES** himself in this case, and instructs the Clerk of Court to refer this matter to another magistrate judge as soon as is possible.

Signed: January 6, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge