# United States District Court
## For The Western District of North Carolina
## Asheville Division

NATIONWIDE TRUSTEE SERVICE
 INC. As Trustee/Substitute Trustee,

       Plaintiff,                                  JUDGMENT IN A CIVIL CASE

vs.                                              1:10-CV-192-GCM

BRUCE M. LOWENTHAL,
AMY L. LOWENTHAL,
BANK OF AMERICA, N.A.,
AVERY COUNTY, NC and
MORGANTON AUTO LEASING, LLC

       Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/18/2011 Order.

Signed: May 18, 2011

Frank G. Johns, Clerk
United States District Court